UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Docket#  05-80031-03**

**Carlos Taylor**

      **Defendant,**

# ORDER

It is hereby ordered effective this date, the defendant's bond conditions requiring electronic monitoring and curfew be eliminated.

SO ORDERED,

                          s/John Corbett O'Meara
                          United States District Judge

Dated:  April 18, 2006